1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Hon. John H. Chun

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

Bruno Otamendi,

        Plaintiff,

   v.

Toyota Motor Credit Corporation and Experian Information Solutions, Inc.,

        Defendants.

No. 3:22-cv-05578-JHC

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Bruno Otamendi and Defendant Toyota Motor Credit Corporation, by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice against Toyota Motor Credit Corporation, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

Stipulation of Dismissal
CASE NO: 3:22-cv-05578-JHC

SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600

1  Dated: October 4, 2022

2

3

**SANDERS LAW GROUP**  **WONG FLEMING**

4

By: */s/ Craig B. Sanders*  By: _____

5  Craig B. Sanders, Esq. (WSBA 46986)  Noel S. Yumo, WSBA No. 30584

333 Earle Ovington Blvd, Suite 402  9840 Willows Road NE, Suite 200

6  Uniondale, NY 11553  Redmond, WA 98052

Tel: (516) 203-7600  T: (425)-869-4040

7  Email: csanders@sanderslaw.group  F: (425)-869-4050

File No: 125566  E: nyumo@wongfleming.com

8  *Attorneys for Plaintiff*  *Attorneys for Defendant Toyota Motor Credit*

*Corporation*

9

10

**SO ORDERED.**

11

12

_____  Date: October 6, 2022

13  **Hon. John H. Chun**

**United States District Judge**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Stipulation of Dismissal  SANDERS LAW GROUP

CASE NO: 3:22-cv-05578-JHC  333 Earle Ovington Blvd, Suite 402

Uniondale, NY 11553

Tel: (516) 203-7600

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that on October 4, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Dated: October 4, 2022

*/s/ Craig B. Sanders*
Craig Sanders, WSBA #46986

Stipulation of Dismissal
CASE NO: 3:22-cv-05578-JHC

SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600